Lauren COOK, Respondent,

v.

Joseph DELUCIA, D.O., Appellant.

No. ED 78640.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 16, 2001.

Adrienne Schaffer-James, Caldwell, Hughes & Singleton, Clayton, MO, for Appellant.

Joseph Rubin, Rubin, Joseph S. Law office, Clayton, MO, for Respondent.

Brian Dudley Dunlop, Clayton, MO, Guardian ad litem.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Joseph Delucia, D.O. (Appellant) appeals from the judgment of the trial court granting Lauren Cook's (Respondent) Motion for Family Access Order. We have reviewed the briefs of the parties and the record on appeal and find no error of law. We conclude that the trial court had personal jurisdiction over Appellant to enter its judgment. An extended opinion would have no precedential value. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

STATE of Missouri, Respondent,

v.

Richard WILLIAMS, Appellant.

No. WD 59754.

Missouri Court of Appeals,
Western District.

Nov. 27, 2001.

Ellen H. Flottman, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

Richard Williams appeals his conviction for driving while intoxicated third offense under § 577.010, RSMo 2000. He raises one point that the State improperly commented on his failure to testify. We affirm. Rule 30.25(b).

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.